IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01943-RPM

CONNEX INTERNATIONAL, INC.,

    Plaintiff,

v.

JOHN CUCCARO and
THE HIMARK GROUP, LLC, d/b/a COPPER CONFERENCING,

  Defendants.
_____

ORDER DISCHARGING ORDER TO SHOW CAUSE
_____

Upon consideration of Defendant John Cuccaro's response to the Order to Show Cause entered by this Court on December 12, 2008, it is

ORDERED that the Order to Show Cause is discharged.

Dated: December 15th, 2008

                          BY THE COURT:

                          s/Richard P. Matsch
                          _____
                          Richard P. Matsch, Senior District Judge