IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-01943-RPM

CONNEX INTERNATIONAL, INC.,

    Plaintiff,

v.

JOHN CUCCARO and
THE HIMARK GROUP, LLC, d/b/a COPPER CONFERENCING,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Defendant's Unopposed Motion for Early Settlement Conference (*doc. # 19)* is GRANTED.

    IT IS FURTHER ORDERED that a telephonic status conference will be held on **February 2, 2009 at 8:30 a.m. (Mountain Time)** to discuss setting a settlement conference. Counsel shall coordinate to create a conference call, then contact the Court at (303) 844-2117 to participate in the hearing.

**DATED:**    January 26, 2009