IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01943-RPM

CONNEX INTERNATIONAL, INC.,

    Plaintiff,

v.

JOHN CUCCARO, an individual, and

THE HIMARK GROUP, LLC, d/b/a COPPER CONFERENCING,

a Colorado limited liability company,

    Defendants.

_____

## ORDER
_____

Upon consideration of the parties' Joint Motion to Amend Scheduling Order [35], filed on March 26, 2009, it is

ORDERED that the deadlines are modified as follows:

May 27, 2009: Deadline for the party bearing the burden of persuasion on the issues for which expert opinion is to be offered to provide information specified in Fed. R. Civ. P. 26(a)(2).

June 26, 2009: Designations of all contradicting experts and all information specified in Fed. R. Civ. P. 26(a)(2).

July 17, 2009: Deadline for all rebuttal opinions.

August 12, 2009: Discovery cut-off.

September 10, 2009: Dispositive motion deadline.

DATED: March 27th, 2009

                                       BY THE COURT:

                                       s/Richard P. Matsch

                                       _____

                                       Richard P. Matsch, Senior District Judge