IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01943-RPM

CONNEX INTERNATIONAL, INC.,

       Plaintiff,

v.

JOHN CUCCARO and
THE HIMARK GROUP, LLC, d/b/a COPPER CONFERENCING,

       Defendants.
_____

ORDER GRANTING UNOPPOSED MOTION TO AMEND SCHEDULING ORDER
_____

After review of Defendant The Himark Group, LLC's Unopposed Motion to Amend Scheduling Order, filed July 2, 2009 [47], it is

ORDERED that the motion [47] is granted and the [15] Scheduling Order and [36] Order Modifying Scheduling Order are modified to extend the Discovery Cut-Off deadline to September 30, 2009 and the Dispositive Motions deadline to October 28, 2009.

Dated: July 6th, 2009

                                            BY THE COURT:

                                            s/Richard P. Matsch
                                            _____
                                            Richard P. Matsch, Senior District Judge