**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:08-cv-01943-RPM

CONNEX INTERNATIONAL, INC.

      Plaintiff,

v.

JOHN CUCCARO, an individual, and THE HIMARK GROUP, LLC d/b/a COPPER
CONFERENCING, a Colorado limited liability company,

      Defendants,

_____

**ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE
AS TO DEFENDANT THE HIMARK GROUP, LLC d/b/a COPPER CONFERENCING**
_____

Upon consideration of Plaintiff Connex International, Inc.'s and Defendant The Himark

Group, LLC d/b/a Copper Conferencing's Stipulated Motion to Dismiss with Prejudice as to

Defendant The Himark Group, LLC d/b/a Copper Conferencing [66], it is

ORDERED that all claims pending between Connex and Copper Conferencing only are

dismissed with prejudice, each party to pay their own costs and attorney fees.

DATED this 8th day of October, 2009.

      BY THE COURT:

      s/Richard P. Matsch

      _____

      Richard P. Matsch, U.S. District Court Judge