IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01943-RPM-CBS

CONNEX INTERNATIONAL, INC.,

Plaintiff,

v.

JOHN CUCCARO, an individual, and

THE HIMARK GROUP, LLC, d/b/a COPPER CONFERENCING,

a Colorado limited liability company,

Defendants.

_____

ORDER

_____

Pursuant to the Stipulated Motion for Dismissal with Prejudice by Plaintiff Connex International, Inc. and Defendant John Cuccaro [71], it is

ORDERED that this action is dismissed with prejudice, with each party to bear their own attorney fees and costs.

Dated:   October 23rd, 2009

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge